Order on Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                                    Page 1 of 1

# UNITED STATES DISTRICT COURT
## Northern District of Florida

United States of America

v.

Thomas D. Young

_____ /

Case No.:  1:91cr1032-005/MMP

USM No.: _____

Date of Original Judgment: _____ May 29, 1992 _____

Date of Previous Amended Judgment: ____ May 6, 2008 ____

*(Use Date of Last Amended Judgment if Any)*                    Defendant's Attorney

## Order on Motion for Sentence Reduction

☐ The Defendant    ☐ Director of the Bureau of Prisons    ☑ the court    has moved under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment previously imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u). Having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable, the court orders that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment.
*(as reflected in the last judgment issued)* of ___292___ months is **reduced** to ___235___.

*(Complete Part I, II or III of Attachment, as applicable)*

**IT IS SO ORDERED.**

Order Date: *November 7, 2011*

*Signature of Judge*

M. Casey Rodgers
Chief United States District Judge

Effective Date: _____

*(if different from order date)*                    *Printed Name and Title of Judge*

Rec'd 11 07*11 UsDcFln 3PM0308